**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 25, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01110-CV
_____

## SHEILA VOGEL, INDIVIDUALLY AND AS NEXT FRIEND OF SARA VOGEL, A MINOR, Appellant

### V.

## DARREN MILLER AND CHLOE MILLER, Appellees

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2011-01297**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 20, 2013. On February 6, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.